# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| YOANDRI RODRIGUEZ-HERNANDEZ, | § | |
| *Petitioner* | § | |
| | § | |
| v. | § | Case No.  SA-26-CA-00412-XR |
| | § | |
| PAM BONDI, *et al.*, | § | |
| *Respondents* | § | |

## FINAL JUDGMENT

This action was considered by the Honorable Xavier Rodriguez, and the following Judgment is rendered. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

Petitioner Yoandri Rodriguez-Hernandez's petition for writ of habeas corpus is **GRANTED** for the reasons set forth in the Court's Order dated March 30, 2026. Petitioner shall be released from detention in accordance with that Order.

The Clerk is **DIRECTED** to **CLOSE** this case.

It is so **ORDERED**.

**SIGNED** this March 30, 2026.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE